UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDDY MANUEL MORENO-RUIZ,
    a/k/a "Freddys M. Moreno-Ruiz,"
    a/k/a "Freddy Manuel Gaitan-Ruiz,"
    a/k/a "Freddys Manuel Gaitan-Ruiz,"
    a/k/a "Ricardo Omar Jimenez-Gonzalez,"
    a/k/a "El Matador,"
    a/k/a "Matador Seguro," and
ANNER A. BUSTAMANTE-TALAVERA,

    Defendants.

Case No. 25-CR- **25-CR-171**

[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C);
18 U.S.C. §§ 922(g)(5), 924(a)(8),
1028(a)(1), 1028(b)(1)(ii), & 2(a)]

---

## INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning by at least in or about May 2025, and continuing until on or about June 17, 2025, in the State and Eastern District of Wisconsin and elsewhere,

    **FREDDY MANUEL MORENO-RUIZ,**
    **a/k/a "Freddys M. Moreno-Ruiz,"**
    **a/k/a "Freddy Manuel Gaitan-Ruiz,"**
    **a/k/a "Freddys Manuel Gaitan-Ruiz,"**
    **a/k/a "Ricardo Omar Jimenez-Gonzalez,"**
    **a/k/a "El Matador,"**
    **a/k/a "Matador Seguro," and**
**ANNER A. BUSTAMANTE-TALAVERA**

did knowingly and without lawful authority produce identification documents, authentication features, and false identification documents, namely, fraudulent identification cards, a fraudulent

permanent residence card, and fraudulent social security cards, which appear to have been issued by and under the authority of the United States.

All in violation of Title 18, United States Code, Sections 1028(a)(1), 1028(b)(1)(ii), and 2(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about July 1, 2025, in the State and Eastern District of Wisconsin,

> **FREDDY MANUEL MORENO-RUIZ,**
> a/k/a "Freddys M. Moreno-Ruiz,"
> a/k/a "Freddy Manuel Gaitan-Ruiz,"
> a/k/a "Freddys Manuel Gaitan-Ruiz,"
> a/k/a "Ricardo Omar Jimenez-Gonzalez,"
> a/k/a "El Matador,"
> a/k/a "Matador Seguro," and
> **ANNER A. BUSTAMANTE-TALAVERA**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about July 17, 2025, in the State and Eastern District of Wisconsin,

> **FREDDY MANUEL MORENO-RUIZ,**
> a/k/a "Freddys M. Moreno-Ruiz,"
> a/k/a "Freddy Manuel Gaitan-Ruiz,"
> a/k/a "Freddys Manuel Gaitan-Ruiz,"
> a/k/a "Ricardo Omar Jimenez-Gonzalez,"
> a/k/a "El Matador," and
> a/k/a "Matador Seguro,"

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm and ammunition are further described as:

   a. a Taurus Arms G2C 9mm semi-automatic pistol bearing serial number 1C087490; and

   b. eight rounds of 9mm ammunition located in a pistol magazine.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## FORFEITURE NOTICE

1. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following: a personal money judgment in an unspecified amount, representing the amount of unseized proceeds obtained as a result of the controlled substance offense.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

███████████████

FOREPERSON

Dated: 9-3-25

_[signature]_
RICHARD G. FROHLING
Acting United States Attorney

5